UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-695 MMM(JC) | Date | September 9, 2013 |
|---|---|---|---|
| Title | Deanna Lynn Wilson v. Carolyn W. Colvin | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:                Attorneys Present for Defendant:

none present                                                        none present

**Proceedings:**          (IN CHAMBERS)

**ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On May 1, 2013, this Court issued a Case Management Order which directed plaintiff, who is proceeding *pro se*, to file a motion for summary judgment or remand within thirty (30) days of service of defendant's Answer.  (The Clerk is directed to attach a copy of the Case Management Order to this Order).  On July 12, 2013, defendant filed and served plaintiff by mail with defendant's Answer.  Accordingly, plaintiff's motion for summary judgment or remand was due on August 14, 2013.

To date, plaintiff has failed to file a motion for summary judgment or remand as required by the Case Management Order.  Nor has plaintiff filed a request for an extension of time to file such motion.

The Court, on its own motion, hereby orders plaintiff to show cause in writing no later than **September 23, 2013**, why this action should not be dismissed for lack of prosecution and/or based upon plaintiff's failure to comply with the Case Management Order.  If plaintiff wishes to proceed with this action, she must also file by no later than September 23, 2013, a motion for summary judgment or remand or a request for an extension of time to do so which is supported by good cause.

**Plaintiff is cautioned that failure to comply with this order and to file the above-referenced documents by September 23, 2013, will result in the dismissal of this action based on plaintiff's failure to comply with the court's order and/or failure to prosecute this action.**

IT IS SO ORDERED.

Attachment