JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA LYNN WILSON, | ) Case No. EDCV 13-00695 MMM(JC) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) |
| Defendant. | ) |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: October 31, 2013

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE